UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

Samuel Nickolas
Defendant.

Case No. 1:02cr143
(Hogan, M.J.)

AH FILED
JAMES BOHNI
CLERK

2005 JAN 27 AM 3:18

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

**CRIMINAL MINUTES before
Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: ~~Barbara Crum~~ Arthur Hill
Court Reporter: Betty Schwab, Official Reporter
Date/Time: 1-27-05 @ 9:00 am

United States Attorney: Anthony Springer    Defendant Attorney: _____

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [X] petition for supervised release*
[X] Counsel present Kelly Johnson, FPD
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____    Defendant Witness _____
[X] OR    [ ] Secured with _____    [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set 3-4-05 @ 10:00 am.

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____    Defendant Witnesses: _____
AUSA Exhibits: _____    Defendant Exhibits: _____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict    [ ] Info  [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent

Remarks: