UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff(s),

    v.     Case No. 1:02cr0143
    (Dlott, J.; Hogan, M.J.)

Samuel Nickolas,
    Defendant(s).

---

**NOTICE**

---

Please take notice that the above-captioned case has been set for a Preliminary Examination before the Honorable Timothy S. Hogan on:

Friday, March 4, 2005 at 10:00am
Room 701 Potter Stewart U.S. Courthouse

Timothy S. Hogan
United States Magistrate Judge

s/Arthur W. Hill
Courtroom Deputy

cc:    All Counsel
awh    January 28, 2005