UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

v.

Samuel Nickolas,
    Defendant.

Case No. 1:02cr0143
(Hogan, MJ)

**ORDER APPOINTING COUNSEL**

The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

Therefore, the Federal Public Defender, Esq., 2000 URS Center, 36 East Seventh Street, Cincinnati, Ohio 45202, 513-929-4834, is hereby appointed to represent the Defendant in this matter.

IT IS SO ORDERED.

Date 1/28/05

awh   January 28, 2005

Timothy S. Hogan
United States Magistrate Judge

# FINANCIAL AFFIDAVIT
CJA 23 (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. vs. Samuel Peter Nickoles
FOR AT: [signature] 1/27/05

PERSON REPRESENTED (Show your full name): Samuel Peter Nickoles

☒ 1. Defendant – Adult
☐ 2. Defendant – Juvenile
☐ 3. Appellant
☐ 4. Probation Violator
☐ 5. Parole Violator
☐ 6. Habeas Petitioner
☐ 7. 2255 Petitioner
☐ 8. Material Witness
☐ 9. Other (Specify)

LOCATION NUMBER:

DOCKET NUMBERS:
Magistrate:
District Court:
Court of Appeals:

CHARGE/OFFENSE: ☒ Felony ☐ Misdemeanor — Supervised Release Violation Hearing

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☒ Am Self Employed
Name and address of employer: C+ Unit One
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment. How much did you earn per month? $ 1000.00 (gross)
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 6000.00 (gross)
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: ____
SOURCES: Not other than discussed above

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $6000.00 — DESCRIPTION: Stump Grinder Mach
VALUE: $25000.00 — 2004 Ford 250 Pickup ($25000.00 owed - No equity)

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED (☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED)
Total No. of Dependents: 1
List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: House Payt | $99000.00 | $1075.00 |
| Truck Payt + Ins | $25000.00 | $674.00 |
| Credit Card | $2000.00 | $100.00 |
| Credit Cards | $23000.00 | $900.00 |
| Short term loan | $6000.00 | $358.00 |
| Airplane | | $500.00 |
| Car Lease / Ins. | | $403.00 |
| Camper Payt | | $363.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1-27-2005

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): X [signature]