# IN THE UNITED STATES COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-02-143 |
| Plaintiff, | : | (Magistrate Judge Hogan) |
| vs. | : | |
| SAMUEL PETER NICKOLAS, | : | |
| Defendant. | : | |

## ORDER CONTINUING PRELIMINARY EXAMINATION HEARING

A Preliminary Hearing was scheduled for March 4, 2005 in relation to an alleged violation of Defendant Nickolas' Supervised Release. Counsel for Nickolas has represented to the Court that he has been in discussion with Counsel for the United States about the possibility of resolving this matter without the necessity of a full evidentiary hearing but that Defendant Nickolas will need additional time to collect information which could lead to the resolution of this matter. Counsel for the United States, Amul Thapar, has no objection to a continuance of the Preliminary Examination. Counsel for Defendant Nickolas has suggested that a continuance of the Preliminary Hearing, for a period of at least three weeks, is required.

Therefore, based upon the request of Counsel, and for good cause shown, the March 4, 2005 Preliminary Examination date is hereby vacated and it is ordered that the hearing be rescheduled for a date convenient to this Court and counsel after March 25, 2005.

**IT IS SO ORDERED.**

_____
Timothy S. Hogan
United States Magistrate Judge