UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA,

    Plaintiff(s),

    v.                                              Case No. 1:02cr0143
                                                            ( Hogan, M.J.)

Samuel Peter Nickolas,

    Defendant(s).

## NOTICE

    Please take notice that the above-captioned case which had been set for a Preliminary Examination on March 4, 2005, will be reset before the Honorable Timothy S. Hogan on:

**Friday, March 25, 2005 at 1:00 pm**

**Courtroom 701, Potter Stewart US Courthouse Building, 100 East Fifth Street, Cincinnati, Ohio.**

                                      Timothy S. Hogan
                                      United States Magistrate Judge


                                      S/Arthur W. Hill
                                      Arthur W. Hill
                                      Courtroom Deputy

cc:    All counsel
    awh    March 3, 2005