**UNITED STATES OF AMERICA,**
Plaintiff,

v.

Samvel Nickolas
Defendant.

SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Case No. 1:02cr143
(Hogan, M.J.)

FILED
JAMES BONINI
2005 MAR 25 PM 3:48

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Hogan

Courtroom Deputy: Arthur Hill
Court Reporter: Barrie Creamer, Barlow Rpty.
Date/Time: 3-25-05 @ 1:00 pm

United States Attorney: Amul Thapar    Defendant Attorney: W. Kelley Johnson, FPD

*Initial Appearance Hearing on* [] Complaint; [] Indictment; [] Information; or [] petition for supervised release
[✓] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR  [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: Lorraine Cooper, US Probation officer  Defendant Witnesses: _____
AUSA Exhibits: 1 thru 4 admitted   Defendant Exhibits: _____
5 admitted

*Arraignment on* [] Indictment or [] Information:
Defendant waives reading of: [ ] Indict   [ ] Info  [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[✓] Case to proceed before Judge Dlott

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: Order of the Court to follow.