UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

v.

Samuel P Nickolas,
    Defendant.

Case No. 1:02cr0143
(Dlott, J.; Hogan, M)

ORDER

It is hereby Ordered that the transcript of the probable cause hearing related to the supervised release violation held in this matter before this Court on March 25, 2005 be transcribed and provided to this Court by Barlow Reporting Services.

SO ORDERED.

Date_5/10/2005_____

awh    May 10, 2005

J:\CRUMBA\ORDERS\extendtime.wpd

_s/Timothy S. Hogan_____
Timothy S. Hogan
United States Magistrate Judge