# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

*Susan J. Dlott* [signature]

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-~~05-048~~ |
| | : | 02-143 |
| Plaintiff, | : | Judge Dlott |
| | : | |
| v. | : | |
| | : | |
| SAMUEL PETER NICKOLAS, | : | **MOTION FOR CONTINUANCE** |
| | : | **OF HEARING DATE** |
| Defendant. | : | |

Now comes Defendant, Samuel Peter Nickolas, by and through counsel, and respectfully moves the Court for a continuance of the Supervised Release Revocation Hearing trial date in this matter because counsel will need additional time to interview and subpoena witnesses and to prepare for the hearing scheduled for May 17, 2005.

As background, a petition was filed alleging that Defendant Nickolas violated the terms of his Supervised release by making false statements to the FAA in an application for a pilot's license. On April 1, 2005 Magistrate Judge Hogan issued an Order finding that there was probable cause for the violation and referring the matter to this court for final disposition. Since that time, counsel has attempted to resolve this matter with the United States, through discussions with Assistant U.S. Attorney Amul Thapar but unfortunately, on March 12, 2005, counsel was notified that no