UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-1-02-143 |
| Plaintiff, | Judge Dlott |
| v. | |
| SAMUEL PETER NICKOLAS, | AFFIDAVIT OF SAMUEL PETER NICKOLAS IN SUPPORT OF DEFENDANT'S FOR CONTINUANCE OF HEARING DATE AND TO ALTER TRAVEL RESTRICTIONS |
| Defendant. | |

Samuel Peter Nickolas swears and subscribes that if he were called to testify he would testify as follows:

1. I hold a lease on a commercial real estate property located at 1010 Truman Avenue in Key West, Florida.

2. The property currently houses a commercial business named the "Iron Body Gym". I currently have a business interest in the gym with another individual.

3. The property also contains an apartment that I consider a second residence.

4. I have been informed that both properties were damaged by wind and

-1-

flooding caused by Hurricane Rita, which passed through the Florida Keys on September 20, 2005.

5. I have been informed by my business partner, Austin Henley, that the property sustained approximately 18 inches of flooding and an extensive clean up will need to be completed before the property can be used as a workout facility. Because I have not been able to travel to Key West, I have not had the opportunity to fully assess what damage has occurred or the extent of cleanup or repairs that will need to be undertaken.

6. It is my belief that it may take up to two weeks to assess, repair and clean the property so that it can reopen for use. I am concerned that if I am not immediately permitted to travel to work on the property, I may suffer additional financial loss by water damage and the closure of the workout facility. If the repair/cleanup work is completed more quickly than my two week estimate, I will notify my probation officer and immediately return to the Southern District of Ohio.

7. I submit to this Court that my request for a continuance of the Supervised Release hearing was not motivated by a desire to prolong the disposition of this matter, but was made in a sincere effort to protect and salvage this property.

_____
SAMUEL PETER NICKOLAS

Sworn to and subscribed in my presence on September 23, 2005 in Cincinnati, Ohio.



_____
Notary Public
 KELLY JOHNSON, Attorney at Law
 Notary Public, State of Ohio
 Commission has no expiration date
 Section 147.03 O. R. C.

2005 NOTICE OF PROPOSED PROPERTY TAXES AND
PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS
MONROE COUNTY TAXING AUTHORITIES
P O BOX 1176
KEY WEST FL 33041-1176

**DO NOT PAY
THIS IS NOT A BILL**

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year.

The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION.

Each taxing authority may AMEND OR ALTER its proposals at the hearing.

*TANGIBLE*

Alternate Key: 8929470     Mill-Dist: 10KW
Parcel ID #: 00343180-000000

48303

NICKOLAS SAMUEL P C-UNIT-ONE INC
2903 FELTZ AVE
CINCINNATI OH 45211-4923

**Legal Description:**
1010 TRUMAN AVE
KEY WEST

| TAXING AUTHORITY | YOUR PROPERTY TAXES LAST YEAR | YOUR TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE | A PUBLIC HEARING ON THE PROPOSED TAXES AND BUDGET WILL BE HELD: | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE |
|---|---|---|---|---|
| **COUNTY** | | | | |
| GENERAL REVENUE FUND | 1.25 | 1.12 | SEPTEMBER 7, 2005 5:05PM | 0.96 |
| F & F (LAW ENF, JAIL JUDICIAL SYSTEM) | 2.85 | 2.57 | HARVEY GOVERNMENT CENTER 1200 TRUMAN AVE KEY WEST, FL | 2.19 |
| HEALTH CLINIC | 0.03 | 0.03 | 305-292-4470 | 0.02 |
| **PUBLIC SCHOOLS:** | | | | |
| BY STATE LAW | 3.11 | 2.30 | SEPTEMBER 8, 2005 7:00PM | 2.40 |
| BY LOCAL BOARD | 2.00 | 1.94 | MARATHON GOVT CENTER EOC ROOM 2798 OVERSEAS HWY MARATHON, FL 305-293-1400 EXT 345 | 1.54 |
| KEY WEST | 3.38 | 2.62 | SEPTEMBER 12, 2005 6:00PM COMM CHAMBERS OLD CITY HALL 510 GREENE ST KEY WEST, FL 305-809-3810 | 2.62 |
| **WATER MANAGEMENT DISTRICT** | | | | |
| SO FL WATER MANG DIS | 0.37 | 0.36 | SEPTEMBER 6, 2005 5:15PM | 0.31 |
| OKEECHOBEE BASIN FND | 0.41 | 0.39 | B-1 BLDG 3301 GUN CLUB RD | 0.34 |
| GLADES PROJ | 0.13 | 0.13 | WEST PALM BEACH, FL 561-686-8800 | 0.11 |
| **INDEPENDENT SPECIAL DISTRICTS** | | | | |
| MOSQUITO CONTROL DIS | 0.79 | 0.83 | SEPTEMBER 6, 2005 5:30PM 600 W OCEAN DR CITY HALL KEY COLONY BEACH, FL 305-292-7190 | 0.61 |
| **VOTER APPROVED DEBT PAYMENTS** | 0.00 | 0.00 | | 0.00 |
| PENALTY 25% | 3.58 | 3.07 | | 2.78 |
| **TOTAL PROPERTY TAXES** | 14.32 | 12.29 | | 11.10 |
| **TOTAL NON-AD VALOREM** | 0.00 | 0.00 | | 0.00 |
| **GRAND TOTAL** | 17.90 | 15.36 | | 13.88 |
| | COLUMN 1 | COLUMN 2 | | COLUMN 3 |

| | MARKET VALUE | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE |
|---|---|---|---|---|
| YOUR PROPERTY VALUE THIS YEAR: | 1,254 | 1,254 | 0 | 1,254 |
| YOUR PROPERTY VALUE LAST YEAR: | 1,299 | 1,299 | 0 | 1,299 |

IF YOU FEEL THE MARKET VALUE OF YOUR PROPERTY IS INACCURATE OR DOES NOT REFLECT FAIR MARKET VALUE, OR IF YOU ARE ENTITLED TO AN EXEMPTION THAT IS NOT REFLECTED ABOVE, CONTACT YOUR PROPERTY APPRAISER AT:
KEY WEST (305) 292-3420   MARATHON (305) 289-2550   PLANTATION (305) 852-7130.

IF THE PROPERTY APPRAISER'S OFFICE IS UNABLE TO RESOLVE THE MATTER AS TO MARKET VALUE OR AN EXEMPTION, YOU MAY FILE A PETITION FOR ADJUSTMENT WITH THE VALUE ADJUSTMENT BOARD. PETITION FORMS ARE AVAILABLE FROM THE COUNTY PROPERTY APPRAISER AND MUST BE FILED ON OR BEFORE: 5PM SEPTEMBER 13, 2005.

YOUR FINAL TAX BILL MAY CONTAIN NON-AD VALOREM ASSESSMENTS WHICH MAY NOT BE REFLECTED ON THIS NOTICE SUCH AS ASSESSMENTS FOR ROADS, DRAINAGE, GARBAGE, FIRE, LIGHTING, WATER, SEWER, OR OTHER GOVERNMENTAL SERVICES AND FACILITIES WHICH MAY BE LEVIED BY YOUR COUNTY, CITY, OR ANY SPECIAL DISTRICT.

**PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS**

| LEVYING AUTHORITY | UNITS | RATE | ASSESSMENT |
|---|---|---|---|

