UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | CR-1-02-143 |
| v. | : | |
| | : | JUDGE DLOTT |
| | : | |
| **SAMUEL NICKOLAS** | : | |

NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Benjamin C. Glassman, Assistant United States Attorney, will appear as co-counsel with Amul R. Thapar for Plaintiff United States of America in this matter.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Benjamin C. Glassman
BENJAMIN C. GLASSMAN (0077466)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Benjamin.Glassman @usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Notice of Appearance of Counsel was filed with the Court's CM/ECF System this 26th day of September, 2005, which provides electronic notice to all parties.

                                            s/Benjamin C. Glassman
                                            BENJAMIN C. GLASSMAN (0077466)
                                            Assistant United States Attorney