UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CR-1-02-143** |
| **v.** | : | |
| | : | **JUDGE DLOTT** |
| | : | |
| **SAMUEL NICKOLAS** | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Karl P. Kadon III, Special Assistant United States Attorney, will appear as co-counsel with Amul R. Thapar for Plaintiff United States of America in this matter.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Karl P. Kadon III
KARL P. KADON III (009324)
Special Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-2047
Karl.Kadon@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance of Counsel was filed with the Court's CM/ECF System this 26th day of September, 2005, which provides electronic notice to all parties.

                                      S/Karl P. Kadon III
                                      KARL P. KADON III (009324)
                                      Special Assistant United States Attorney