UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Denied*
*Susan J. Dlott*
*9/26/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Case No. CR-1-02-143 |
| Plaintiff, : | Judge Dlott |
| v. : | |
| SAMUEL PETER NICKOLAS, : | **MOTION FOR CONTINUANCE** |
| : | **OF HEARING DATE AND TO** |
| Defendant. : | **ALTER TRAVEL** |
| | **RESTRICTIONS** |

Now comes Defendant, Samuel Peter Nickolas, by and through counsel, and respectfully moves the Court for a continuance of the Supervised Release Revocation Hearing date in this matter and to alter Nickolas' travel restrictions so that he can travel to Key West, Florida to clean up damage to a piece of commercial property Nickolas controls in Key West.

Specifically, Nickolas holds a lease on a piece of commercial property in Key West, Florida. The property currently houses a commercial business named the "Iron Body Gym"; Nickolas has a business interest in the gym. The property also contains an apartment where Nickolas maintains a second residence. According to Nickolas, the property was recently damaged by Hurricane Rita and currently has approximately 18 inches of water in the property. Nickolas opines that he will need to be in Key