IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                                      Case Number: 1:02cr143

Samuel Peter Nickolas


                                                              Minutes: Supervised Release Evidentiary Hearing

Plaintiff witnesses Called

Defendant witnesses Called

Rebuttal witnesses Called

Matter taken under submission.



Judge:                Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:      Betty Schwab, Official

Date:               September 27, 2005