IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                      Case Number: 1:02cr143

Samuel Nickolas

Jail term of 6 Months

Conditions/Recommendations:

3 Years Supervised Release

Conditions:

    Defendant is prohibited from applying for a pilots license while on supervised release.

Assessment: 0    Fine: 0    Restitution:

Defendant shall report to the designated institution as notified by the U.S. Marshal, but no sooner than 11/15/05

Judge:    Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:    Julie Wolfer, Official

Date:    10/24/05