IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff(s) :
: Case Number: 1:02cr143
vs. :
: District Judge Susan J. Dlott
SAMUEL NICKOLAS :
:
    Defendant(s) :

ORDER

At the sentencing hearing in this matter held on October 24, 2005, this Court reviewed the in camera submission of the defendant's financial position. The Court found at that hearing that the defendant has the financial ability to obtain counsel. Further, the defendant is not indigent and must pay any filing fees associated with the filing of a notice of appeal.

The Clerk of this Court is directed to make the in camera submission a part of this record by filing it under seal.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge