# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-02-143 |
| | : | |
| Plaintiff, | : | Judge Dlott |
| | : | |
| v. | : | |
| | : | |
| SAMUEL P. NICKOLAS, | : | **NOTICE OF APPEAL** |
| | : | |
| Defendant. | : | |

Notice is hereby given that Samuel P. Nickolas appeals, to the United States Court of Appeals for the Sixth Circuit, the Judgment and Sentence entered in this action on October 31, 2005.

        Respectfully submitted,

        STEVEN S. NOLDER
        ACTING FEDERAL PUBLIC DEFENDER

        *s/W. Kelly Johnson*
        W. Kelly Johnson (0037241)
        Assistant Federal Public Defender
        36 East Seventh Street, Suite 2000
        Cincinnati, Ohio 45202
        (513) 929-4834

        Attorney for Defendant
        Samuel P. Nickolas

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Amul Thapar, Assistant United States Attorney, by U.S. Mail and electronic filing, this 1st day of November, 2005.

*s/W. Kelly Johnson*
W. Kelly Johnson