UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff,<br><br>vs.<br><br>**SAMUEL PETER NICKOLAS**<br>    Defendant. | Case No. CR-I-O2-143<br><br>MOTION TO STAY SENTENCE FOR TEN DAYS<br><br>Judge: Dlott |

Defendant has been ordered to report for service of his sentence on Friday, January 20, 2006. Defendant has foot surgery scheduled for the following Monday. He understands he will need a few days to recover. Therefore, Defendant requests a stay until January 30, 2006.

Respectfully submitted,

_____
Timothy A. Smith
Reg. No. 0032087
Attorney for Defendant
114 E. 8th St.
Cincinnati OH 45202
Tel: (513) 421-1890
Fax: (513) 621-2525

### Certificate of Service

I hereby certify that a copy of the foregoing was served upon Amul Thapar, Assistant United States Attorney, by electronic filing on January 18, 2006.

_____
Timothy A. Smith