UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff, | Case No. CR-I-O2-143 |
| vs. | **MOTION TO STAY SENTENCE FOR TEN DAYS** |
| **SAMUEL PETER NICKOLAS**<br>Defendant. | Judge: Dlott |

Defendant has been ordered to report for service of his sentence on Friday, January 20, 2006. Defendant has foot surgery scheduled for the following Monday. He understands he will need a few days to recover. Therefore, Defendant requests a stay until January 30, 2006.

Respectfully submitted,

*Denied*
*Susan J. Dlott*
*1/19/06*

Timothy A. Smith
Reg. No. 0032087
Attorney for Defendant
114 E. 8th St.
Cincinnati OH 45202
Tel: (513) 421-1890
Fax: (513) 621-2525

**Certificate of Service**

I hereby certify that a copy of the foregoing was served upon Amul Thapar, Assistant United States Attorney, by electronic filing on January 18, 2006.

Timothy A. Smith