Case No: 05-4573

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

**FILED**

MAY 1 7 2006

LEONARD GREEN, Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SAMUEL P. NICKOLAS

    Defendant - Appellant

1:02CR143

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by April 19, 2006.

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk

*Leonard Green/ree*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
    Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN DUNCAN
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: May 17, 2006

Samuel P. Nickolas
#03658-061
P.O. Box 6001
Ashland, KY  41105-6001

Benjamin C. Glassman
U.S. Attorney's Office
Southern District of Ohio
221 E. Fourth Street
Suite 400
Cincinnati, OH  45202

RE: 05-4573
    USA vs. Nickolas
    District Court No. 02-00143

Dear Sirs:

   Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Robin Duncan
Case Manager

Enclosure

Certified Copy to:
    Honorable Susan J. Dlott
    Mr. James Bonini